**Dismissed and Memorandum Opinion filed May 30, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00379-CV

**EARL JUSTICE HUME, Appellant**

**V.**

**CHANNELVIEW INDEPENDENT SCHOOL DISTRICT, Appellee**

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2011-72145**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final judgment signed April 8, 2013. On May 15, 2013, appellant, who is *pro se,* notified this court that he no longer wishes to pursue his appeal. We construe appellant's letter as a motion to dismiss the appeal and grant the motion. *See* Tex. R. App. P. 42.1.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Christopher, and McCally.